Dan BOYLES, Jr., Petitioner,

v.

Susan Leigh KERR, Respondent.

No. D–0963.

Supreme Court of Texas.

Sept. 11, 1991.

## ORDER

IT IS HEREBY ORDERED THAT the request to copy nondocumentary exhibit, to which access has already been restricted by the trial court, and Respondent's motion to seal are denied, without prejudice to the seeking by applicant or the parties of appropriate relief in the trial court. *See* Tex. R.Civ.P. 76a(7) (trial court retains jurisdiction to enforce, alter or vacate its order limiting access to court records).

Constance Rene BROWN et al.

v.

MARTIN GAS SALES, INC.

No. D–0206.

Supreme Court of Texas.

Sept. 11, 1991.

Joint Motion of the parties to vacate and remand in aid of settlement filed herein on July 19, 1991, is granted. The opinion and judgment of this Court of June 19, 1991, and the opinion and judgment of the court of appeals are vacated, and the cause is remanded to the trial court for entry of judgment in accordance with the settlement agreement of the parties. Rule 59, Tex. R.App.P.